# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENE COLEGROVE,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:15-0630** |
| v. | : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,** **Commissioner of Social Security,** | : | |
| | : | |
| Defendant | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report and recommendation of Judge Cohn, **(Doc. 16)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the decision of the Commissioner of Social Security denying the plaintiff's application for benefits under the Act is **VACATED**;

(3) the instant action is **REMANDED** to the Commissioner for further proceedings in accordance with Judge Cohn's report; and

(4) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 11, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0630-01-ORDER.wpd